2017 WY 103

### Donald E. BRUNNER, Appellant (Defendant),

v.

### The STATE of Wyoming, Appellee (Plaintiff).

S-17-0121

Supreme Court of Wyoming.

September 12, 2017

ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1] **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered unconditional "no contest" pleas to two counts: felony property destruction and misdemeanor domestic battery. Wyo. Stat. Ann. § 6-3-201; § 6-2-511. Appellant filed this appeal to challenge the district court's February 23, 2017, "Judgment and Sentence."

[¶2] On July 11, 2017, Appellant's court-appointed appellate counsel e-filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before August 25, 2017, Appellant "may file with this Court a *pro se* brief specifying the issues he would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3] Now, following a careful review of the record and the *"Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Judgment and Sentence" should be affirmed. It is, therefore,

[¶4] **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Donald E. Brunner, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5] **ORDERED** that the district court's February 23, 2017, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶6] **DATED** this 12th day of September, 2017.

BY THE COURT:
/s/ E. JAMES BURKE
**Chief Justice**